IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02170-BNB

MICHAEL LEE COTTON,

Plaintiff,

v.

LT. BRANDT,
STATE OF COLORADO,
CRIMINAL JUSTICE CENTER, and
CRIMINAL JUSTICE CENTER MAILROOM,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 05 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Michael Lee Cotton, is an inmate at the El Paso County Criminal Justice Center in Colorado Springs, Colorado. Mr. Cotton initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. On September 22, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Cotton to file an amended complaint that names proper defendants and that clarifies the claims he is asserting. Mr. Cotton was warned that the complaint and the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Cotton has failed within the time allowed to file an amended complaint as directed and he has failed to respond in any way to Magistrate Judge Boland's September 22 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to comply with a court order. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with a court order.

DATED at Denver, Colorado, this 4th day of November, 2010.

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02170-BNB

Michael Lee Cotton
Prisoner No. A0266244
Criminal Justice Center
2739 E. Las Vegas St.
Colorado springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/5/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk